# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2025-1853
LT Case No. 45-2022-CA-57

_____

PAIGE HALL, as Personal
Representative of the Estate of
Trenton Fort,

    Appellant,

    v.

GAVEN SMITH, ASHTON RIGGS,
BLAYKE MORRIS, ZACH SUBER,
ADAM BECK, CHRISTIE SUBER,
JEANNETTE SUBER. ANTHONY
COLON, and THAREUS FORT,

    Appellees.

_____


On appeal from the Circuit Court for Nassau County.
Steven Michael Fahlgren, Judge.

John Michael Phillips, of Phillips, Hunt & Walker, Jacksonville,
for Appellant.

Douglas M. Fraley and Jennifer G. Shanley, of Molhem & Fraley,
P.A., Tampa, for Appellees, Christie Suber and Jeannette Suber.

No Appearance for Remaining Appellees.


June 23, 2026

PER CURIAM.

AFFIRMED.

JAY, C.J., and KILBANE and MACIVER, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____